```
1  DAVID E. McALLISTER (AZ BN 021551)
   JOSEPHINE E. PIRANIO (AZ BN 020630)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858)750-7600
   Facsimile: (619) 590-1385
5  jsalmon@piteduncan.com
```

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 18, 2009**



_Randolph J. Haines_ (signature)
_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

Attorneys for CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA - PHOENIX DIVISION

| | |
|---|---|
| In re<br><br>GARY R. BAE,<br><br>    Debtor(s). | Case No. 2:09-BK-11759-RJH<br><br>Chapter 7<br><br>ORDER FOR RELIEF |
| CITIBANK, N.A. AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II, INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-5,<br><br>    Movant,<br><br>    v.<br><br>GARY R. BAE, Debtor(s); and DALE D. ULRICH, Chapter 7 Trustee,<br><br>    Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay having been duly served upon Respondent, Respondent's counsel, and the Trustee, and no objection having been received, and good cause appearing therefor,

/./././

/././/

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

- 1 -

1. The automatic stay of 11 United States Code section 362 is hereby immediately terminated as it applies to the enforcement by Movant of all of its rights in the real property under the Note and Deed of Trust commonly known as 4355 East Marshall Court, Gilbert, Arizona 85297 ("Real Property"), which is legally described as:

> LOT 134, POWER RANCH NEIGHBOORHOOD 1, ACCORDING TO BOOK 518 OF MAPS, PAGE 11, RECORDS OF MARICOPA COUNTY, ARIZONA.

2. That the 10-day stay described by Bankruptcy Rule 4001(a)(3) be waived as the Debtor intends to surrender the Real Property.

3. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtor fails to vacate the Property, Movant may proceed in State Court for forcible detainer pursuant to applicable state law;

6. Movant may offer and provide Debtor with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case;

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code; and

8. Counsel for Movant is to serve a copy of this Order immediately upon Debtor, Debtor's counsel, the Trustee, and all other interested parties entitled to Notice of Motion.

DATED this \_\_\_\_\_ day of _____, 2009.

UNITED STATES BANKRUPTCY JUDGE